UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,

    Plaintiff(s),

v.

Liston Watson,

    Defendant(s).

Case No. 1:15cr113
1:19cr341

Judge Susan J. Dlott
MJ Michael R. Merz

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Michael R. Merz (Doc. 138), to whom this case was referred pursuant to U.S.C. §636(b), and noting no objections were filed thereafter, and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS the Report and Recommendation.

Accordingly, it is hereby ORDERED that Defendant's pro se "Motion for Reconsideration to Amend the Judgment in Need to Prevent Manifest of Injustice" under Fed. R. Civ. P. 59(e) (Doc. 137) is DENIED.

IT IS SO ORDERED.

*Susan J. Dlott*
Judge Susan J. Dlott
United States District Court