# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

UNITED STATES OF AMERICA,

                       Plaintiff,            :       Case No. 1:15-cr-00113

                                         District Judge Susan J. Dlott

     -  vs  -                             Magistrate Judge Michael R. Merz

LISTON WATSON,

                      Defendant.         :

---

# REPORT AND RECOMMENDATIONS

---

Upon initial review of Petitioner's new § 2255 Motion (ECF No. 204), the Magistrate Judge noted that the document contained a number of ambiguous references to prior filings and the length of the record.  To enable the Court to effectively and efficiently review filings, it is was ordered

> that every record reference made in filings in the case shall cite to the relevant docket entry and page in the following form (ECF No. __, PageID ___). Defendant is ordered to re-file the Motion to Vacate to include docket and page references in the form here required.  . . .  Defendant shall file an amended Motion to Vacate conforming to this Order not later than March 10, 2026.

1

As of the date of this Report, Defendant has not complied with the prior Order.  It is accordingly respectfully recommended that Defendant's new § 2255 Motion be dismissed for want of prosecution.

March 31, 2026.

s/ *Michael R. Merz*
United States Magistrate Judge

### NOTICE REGARDING OBJECTIONS

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to the proposed findings and recommendations within fourteen days after being served with this Report and Recommendations. Because this document is being served by mail, three days are added under Fed.R.Civ.P. 6, but service is complete when the document is mailed, not when it is received.  Such objections shall specify the portions of the Report objected to and shall be accompanied by a memorandum of law in support of the objections. A party may respond to another party's objections within fourteen days after being served with a copy thereof.  Failure to make objections in accordance with this procedure may forfeit rights on appeal. #